*George Palmer et al.* v. *John Delafield, President of the New-York Banking Company.* E. S. Van Winkle, for appellant; F. B. Cutting, for respondent. Order appealed affirmed, and proceedings remitted.

*Jacob Young et al.* v. *John Beardsley, Agent of the State Prison at Auburn.* W. H. Seward, for complainants; J. Rhoades, for defendant. Application for an injunction denied, with costs.